**Order entered July 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00280-CR

### EX PARTE CHRISTOPHER RION

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. WX18-90101-L**

## ORDER

Before the Court is the State's July 22, 2019 first motion for extension of the time to file the State's brief. The Court **GRANTS** the motion and **ORDERS** the State's brief filed on or before **July 26, 2019**.

/s/ BILL PEDERSEN, III
   JUSTICE